LODGED
CLERK, U.S. DISTRICT COURT
8/1/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# United States District Court

CENTRAL    DISTRICT OF    CALIFORNIA

UNITED STATES OF AMERICA
V.
**ROBERT PEDRO DELACORTE**
REG#: 79379-112

**AMENDED CRIMINAL COMPLAINT**

CASE NUMBER: 2:25-MJ-4805-DUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about July 28, 2025, in the Central District of California, ROBERT PEDRO DELACORTE escaped from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751. I further state that I am a Deputy U.S. Marshal, and that this Complaint is based on the following facts:

Specifically, on or about July 28, 2025, the United States Marshals Service received information from Daisy Ramos, Chief Executive Officer at Long Beach Residential Reentry Management ("RRM"), stating that DELACORTE had escaped from the RRM, located at 3263 Rubidoux Blvd, Riverside, CA 92509. According to Bureau of Prisons records, DELACORTE is a white male, approximately 5 feet and 6 inches tall, weighing approximately 180 pounds, with black hair and brown eyes. DELACORTE is 37 years old and a U.S. citizen.

From my review of court records, I learned the following: on or about April 21, 2021, in the United States District Court for the Central District of California, Case No. 5:20-cr-00072-DMG, DELACORTE was sentenced to a term of 70 months' imprisonment with 3 years' supervised release to follow based on his convictions for Bank Fraud, in violation of 18 U.S.C § 1344, and Aggravated Identity Theft, in violation of title 18 U.S.C § 1028(A).

On July 28, 2025, at approximately 11:29 a.m., DELACORTE signed out of the RRM to go to his place of work located at 11041 Inland Avenue, Mira Loma, CA 91752, and was scheduled to return to the facility upon completing his day at work. RRM staff made multiple attempts to contact DELACORTE and was unsuccessful. At the time of his escape, DELACORTE was still in BOP custody serving his term of imprisonment, with a scheduled release date in October 2025, upon which his term of supervised release would commence.

As of today's date, DELACORTE's whereabouts are unknown.

Continued the attached sheet and made a part hereof:    ☐Yes ☒No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

/s/ Jorge Velazquez
Signature of Complaint

Deputy U.S. Marshal
at Los Angeles, California
City and State

August 1, 2025
Date

Honorable Jacqueline Chooljian, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer